IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    CASE NO. 5:22-CR-50001

HUNTER MATTHEW BURROUGHS                                              DEFENDANT

### MOTION TO CONTINUE TRIAL DATE

COMES NOW, the Defendant Hunter Burroughs, by and through his attorney, Shane Wilkinson of the Wilkinson Law Firm, and for his Motion to Continue, states as follows:

1. This matter is currently set for a pre-trial conference on 10/5/22 and for a three-week jury trial on 10/16/22.

2. The Court is well informed of the complex issues of both law and fact surrounding this case as well as the immense amount of discovery materials being reviewed by all counsel.

3. Counsel is aware that this is the third trial date set in this case, and that this Court's docket entry for the Second Amended Pretrial Scheduling Order states that no additional continuances will be granted.

4. With full knowledge of the foregoing, undersigned counsel respectfully asks this Court to grant an additional continuance so that he may watch his daughter compete in her final High School Conference and State Volleyball Tournaments.

5. Counsel's oldest daughter is in her junior year of high school and will be a senior this October and will be playing in the District and State volleyball tournaments during the trial setting.

6. Counsel learned of this conflict shortly after the trial date was set. The Conference tournament is scheduled for October 16-19, and the State tournament is scheduled for October 24-26. Both

1

tournaments are occurring out of town, and during the middle of the day.  There is no way for counsel to attend both this trial and his daughter's final high school volleyball tournaments. Had undersigned counsel known definitively of the dates of these tournaments at the time when this trial was being reset, counsel would have let the Court and all other parties know that these last two weeks in October presented an irreconcilable conflict for counsel.

7. Counsel has attached as Exhibit A, a "Life Calendar" that illustrates counsel's life from birth to a projected passing at 75 years of age.  The 75 years figure was derived from counsel's use of multiple in-depth actuarial calculators to obtain a sincere, good-faith, and empirical life expectancy.

8. The top portion of the calendar from 1976-2023 shaded in light gray represents the time counsel has already lived. The bottom portion of the calendar from 2023-2051 unshaded in white represents the unspent projected remainder of counsel's life.  The middle portion of the calendar from 2005-2023 shaded with a black line represents counsel's oldest daughter's life from birth until her eighteenth birthday.

9. Counsel's personal reflections on his lifespan have revealed that by the time his daughter finishes her senior year of high school, he will likely have already spent approximately 90% of the total time he will ever have with his daughter in both of their lives.[1]

10. The District and State volleyball tournaments are truly important to Counsel and his daughter,

---

[1] Counsel reaches this approximation by assuming he will have been with his daughter on at least 90% of the days for the first 18 years of her life. From 2024 to a projected death in 2051, even if counsel saw his daughter twice a month consistently, those 27 years of bi-monthly visits would only constitute approximately 10% of the total days counsel will be with his daughter.  Even if counsel and his daughter visited weekly from her 19th birthday and beyond, such time would only constitute approximately 20% of the total time between father and daughter.

and Counsel will no doubt forever regret not being able to attend.

11. Counsel has never filed a motion to continue based on a personal conflict in this Court and would not now if not for the importance of the conflict.

12. Stephen Andrews has no objection to this motion.

13. Counsel has conferred with the Government, and the Government has deferred to the Court and its previous order.

14. If granted, Defendant agrees to exclude the time from the current trial date to any new trial date for speedy trial purposes as is consistent with 18 U.S.C. § 3161.

WHEREFORE, Defendant respectfully prays that this Court grant his Motion to Continue.

Respectfully submitted,

Hunter Burroughs,
Defendant

By  /s/ Shane Wilkinson____
Shane Wilkinson, Bar #2002160
WILKINSON LAW FIRM
700 S. Walton Blvd., Suite 2
Bentonville, AR 72712
(479) 273-2212 Phone
(479) 273-5655 Fax

## CERTIFICATE OF SERVICE

I, Shane Wilkinson, hereby certify that on May 9, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF System which will send notification of such filing

and that a copy of the foregoing was also sent via email to the following:


Steven Mohlhenrich
Assistant U.S. Attorney
Western District of Arkansas


                                         /s/ Shane Wilkinson
                                         Shane Wilkinson